

ORIGINAL

FILED

03/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0004

---

IN RE PETITION OF LONDON DALE
MESERVY FOR REINSTATEMENT TO
ACTIVE STATUS IN THE BAR OF MONTANA

O R D E R

FILED

MAR 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

London Dale Meservy has petitioned this Court for reinstatement to membership in the State Bar of Montana. Meservy voluntarily resigned Bar membership on May 9, 2018. Good cause appearing under Rule I.C.3., Rules of Admission to the Bar of Montana,

IT IS HEREBY ORDERED that the petition of London Dale Meservy for reinstatement to membership in the State Bar of Montana is GRANTED. Meservy shall pay all appropriate fees.

IT IS FURTHER ORDERED that, within six months of this order, Merservy shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time of Merservy's resigned membership.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 2 8 day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices